# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Silvia Pauline Boyer, | ) |
| | ) |
| Plaintiff, | )   Case No. 2:17-cv-02025-JWL-GEB |
| | ) |
| vs. | ) |
| | ) |
| Ditech Financial, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DISMISSAL WITH PREJUDICE OF ALL PLAINTIFF'S CLAIMS AGAINST DEFENDANT DITECH FINANCIAL, LLC ONLY

COMES NOW Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and dismisses WITH PREJUDICE the above-captioned action, including all Plaintiff's claims against Defendant Ditech Financial, LLC only.

Respectfully submitted by:

By: /s/ Chelsea S. Springer
The Law Offices of Tracy L. Robinson, LC
Chelsea S. Springer #20522
818 Grand Blvd, Suite 505
Kansas City, MO 64106
Phone: (816) 842-1317
Fax:    (816) 842-0315
Email: chelseas@tlrlaw.com
Attorney for Plaintiff

**SO ORDERED.**

1